```
                                            USDS SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #: _____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 8-4-09
------------------------------------X
GARY OWEN GROVES,                   :
                                    :       09 Civ. 3524 (VM)
                  Plaintiff,        :
                                    :
     - against -                    :       NOTICE OF CONFERENCE
                                    :
OAKLEIGH THORNE III                 :
et al.,                             :
                                    :
                  Defendants.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the above-captioned action has been transferred to Judge Marrero and that a conference in this matter will take place before Judge Marrero in Courtroom 20B on November 20, 2009 at 9:45 a.m.

**SO ORDERED.**

Dated:   New York, New York
         3 August 2009

                                            Victor Marrero
                                            U.S.D.J.