UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARY OWEN GROVES,
           Plaintiff,

           09 CV 03524 (GAY)
-against-           JUDGMENT

OAKLEIGH THORNE, OAKLEIGH B.
THORNE, FELICITAS THORNE, THORNDALE
FARM, THORNDALE FARM, INC., THORNDALE
FARMS, LLC, THORNDALE EQUIPMENT AND
LIFESTOCK, LLC, SEAN FOLEY, OAKLEIGH
THORNE TRUST,
           Defendants.
-------------------------------------------------------------x

      Whereas the above entitled action having been assigned to the Honorable George A. Yanthis, U.S.M.J., and a jury trial having begun on January 24, 2011, and,

      Whereas on January 25, 2011, during the course of trial, the Court dismisses the action against all defendants except for defendant Felicitas Thorne, and,

      Whereas on January 28, 2011, at the conclusion of trial, the jury having found in favor of defendant Felicitas Thorne, it is,

      **ORDERED, ADJUDGED AND DECREED:** that the jury having returned a verdict in favor of defendant Felicitas Thorne, and since all other defendants have been dismissed from this action, Judgment is entered in favor of Felicitas Thorne, and the case is hereby closed.

DATED: White Plains, New York

February _3_, 2011

APPROVED:

_____
Hon. George A. Yanthis
United States Magistrate Judge

_____
Ruby Krajick
Clerk of Court